### PATE *v.* HANNAH.

SIMMONS, C. J. The law and the evidence demanded the verdict, and the trial judge did not err in directing the jury to return the same.

*Judgment affirmed. All the Justices concurring.*

Submitted January 11,—Decided January 28, 1901.

Complaint. Before Judge Candler. Rockdale superior court. June 26, 1900.

*A. C. McCalla* and *J. R. Irwin*, for plaintiff in error.
*G. W. Gleaton* and *C. D. Maddox*, contra.